

U.S. Department of Justice

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

May 21, 2021

By ECF
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St.
New York, New York 10007

Application GRANTED.

SO ORDERED.
5/21/2021

P. Kevin Castel
United States District Judge

Re:   *Herrera, et al. v. United States of America, et al.*, No. 20 Civ. 10206 (PKC)

Dear Judge Castel:

This Office represents the United States of America, Norman Reid, Ronald West, Stacey Harris, Troylinda Hill, Shakiyl Collier, and Nicole Lewis (together, the "Government") in the above-captioned matter. We write to respectfully request a two-week extension of all briefing deadlines associated with the Government's anticipated motion to dismiss. Specifically, the Government requests that the briefing schedule be amended to the following:

- The Government's motion due: June 11, 2021;
- Plaintiffs' opposition due: July 16, 2021; and
- The Government's response due: July 30, 2021

This extension request is intended to accommodate the vacation of one of the Government's attorneys and to provide counsel for the Government with time to adequately consult with one another in advance of filing the Government's motion. This is the Government's first request for an extension of the briefing deadlines, and Plaintiffs have consented.

We thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   */s/ Zachary Bannon*
ALLISON M. ROVNER
ZACHARY BANNON
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007